UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 27, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMBER L. FEENEY

Defendant.

Case No. 2:18-po-00072-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release AMBER L. FEENEY Case No. 2:18-po-00072-CKD Charge 38 CRF 1.218(b)(18) from custody for the following reasons:

    X    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other):

Issued at Sacramento, California on November 27, 2018 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman