UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-po-00072-CKD |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| AMBER FEENEY, | ) ) | DATE: February 25, 2019 TIME: 9:30 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00072-CKD without prejudice is GRANTED.

It is further ordered that the bench trial scheduled February 25, 2019, at 9:30 a.m. is vacated.

SO ORDERED.

Dated: February 4, 2019

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE